IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CORWIN DELANO ORR,

        Plaintiff,                 No.  3:14-cv-00833-AC

    v.

DERRICK PETERSON, MARK          ORDER
HALE-BROWN, STEVE PINA,
and DARLENE FELIX,

        Defendants.

HERNÁNDEZ, District Judge:

    Magistrate Judge Acosta issued a Findings and Recommendation [31] on April 9, 2015, in which he recommends that this Court grant Defendants' Motion for Summary Judgment [24]. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt,

1 – ORDER

840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings & Recommendation [31], and therefore, Defendants' Motion for Summary Judgment [24] is granted.

IT IS SO ORDERED.

DATED this 12 day of May, 2015.

_____
MARCO A. HERNANDEZ
United States District Judge

2 – ORDER